**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 9:25-CV-80497-DMM/**

PONCELIN JOHNSON AND KATHLEEN SCHWEER,

Plaintiff,

v.

TOBIAS & ASSOCIATES, LLC,

Defendant.

_______________________________________/

**RESPONSE OF DEFENDANT AND DEFENDANT'S COUNSEL TO COURT'S ORDER TO SHOW CAUSE**

Defendant, Tobias & Associates, LLC and Defendant's counsel, Nelson C. Bellido and Lisa A. Messner, respectfully submit their response to the Court's Order to Show Cause. (D.E. 11)

The Court issued an Order on July 30, 2025 for a Scheduling Conference to occur via Zoom on August 19, 2025 at 10:00 a.m. (D.E. 7) In advance of that Scheduling Conference, Attorney Bellido and Attorney Messner planned for Attorney Messner to attend the Scheduling Conference on behalf of Defendant. Also, in advance of the Scheduling Conference, on August 18, 2025, Attorney Messner participated in a telephone call with counsel for Plaintiffs, Avi Kaufman and Rachel Kaufman, in order to plan for the Scheduling Conference.

On August 19, 2025, at approximately 9:50 a.m., Attorney Messner attempted to join the Zoom Meeting with the link provided by the Court and using the provided Meeting ID of 160 540 3826 and the Pass Code of 246129. Attorney Messner received an error message that the Pass Code was incorrect. Attorney Messner attempted to join the Zoom meeting multiple times prior to 10:00 a.m. without success.

At approximately 10:03 a.m., Plaintiffs' counsel, Rachel Kaufman, called Attorney Messner to advise the Court was waiting. At that time, Attorney Messner informed Attorney Kaufman that she could not join the Zoom meeting and received error messages that the Pass Code was incorrect. Attorney Kaufman advised the Clerk and confirmed that the Pass Code 246129 was the correct Pass Code. The Clerk advised to restart the Zoom link, which Attorney Messner did and attempted to again enter the Pass Code. However, that attempt was also unsuccessful. Attorney Messner continued to attempt to enter the Zoom meeting without success until such time that the Court put on its Order docketed as D.E. 10.

After the Court proceeding concluded, Attorney Kaufman advised Attorney Messner that she had informed the Clerk and the Court of the technical difficulties experienced by Attorney Messner.

Immediately after receiving the Court's Paperless Minute Order at 10:19 a.m., Mr. Bellido's office contacted the Clerk and was informed that the Order to Show Cause was forthcoming and that the explanation for not attending would have to be addressed in accordance with the Order.

Also, pursuant to the Court's Show Cause Order, Attorney Messner provided a copy of the Order to the corporate representatives of Defendant.

Counsels for Defendant have received the Court's Scheduling Order and will abide by the same. Further, counsels for Defendant respectfully submit that the failure to appear for the Scheduling Conference was due to technical difficulties and not for purposes of undue delay or neglect of the Court's time and resources and respectfully apologize to the Court.

Respectfully submitted,

By: /s/ Lisa A. Messner
Lisa A. Messner
(*Admitted Pro Hac Vice*)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954
lmessner@mslawgroup.com

By: /s/Nelson C. Bellido
NELSON C. BELLIDO
Florida Bar No. 974048
ROIG LAWYERS
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
nbellido@roiglawyers.com

*Attorneys for Tobias & Associates, LLC*