UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**PONCELIN JOHNSON** and **KATHLEEN MARIE SCHWEER,** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**TOBIAS & ASSOCIATES LLC**,

*Defendant.*

Case No. 9:25-cv-80497-DMM

**CLASS ACTION**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Johnson and Schweer and Defendant Tobias & Associates LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: February 6, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

By: /s/ Lisa A. Messner
Lisa A. Messner
(*Admitted Pro Hac Vice*)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210

New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954
lmessner@mslawgroup.com

By: /s/Nelson C. Bellido

NELSON BELLIDO
Florida Bar No. 974048
ROIG LAWYERS
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
Facsimile: (305) 405-1022

*Attorneys for Tobias & Associates, LLC*